# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**LIBAN MOHAMUD ADAN #30554-047**      **CASE NO.  1:25-CV-00830 SEC P**

**VERSUS**                                              **JUDGE TERRY A. DOUGHTY**

**WARDEN F C I POLLOCK**                    **MAGISTRATE JUDGE PEREZ-MONTES**

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 12], no objections thereto having been filed, and after an independent review of the record, determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Petition for Writ for Habeas Corpus [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

MONROE, LOUISIANA, this 10th day of February 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE